## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: Annie Comeaux | ) | CHAPTER 13 BANKRUPTCY |
| | ) | |
| Debtor | ) | CASE NO. 04-16643 |
| | ) | |
| | ) | |

### DEBTOR'S MOTION TO SET ASIDE ORDER OF DISMISSAL
### FOR THE PURPOSE OF PAYING OFF BANKRUPTCY

Comes now the debtor, by counsel, and moves the court for an order reopening this case for the purpose of paying off this bankruptcy. In support of this motion, debtor states the following:

1. On April 28, 2004, debtor filed this Chapter 13 bankruptcy.

2. On July 13, 2004, the Chapter 13 Plan was confirmed.

3. On August 4, 2009, this case was dismissed for failure to make plan payments.

4. The approximate balance that is owed to the Trustee to complete debtor's plan is $5,675.32.

5. A son of the debtor has indicated to debtor's counsel that he would like to pay off debtor's bankruptcy and that he has the money to do so.

6. To date, debtor has paid $47, 200.00 into the plan.

7. Debtor desires to receive a discharge in this case.

WHEREFORE, debtor prays that the Court vacate the order of dismissal and allow the debtor to pay off her bankruptcy and to grant the debtor a discharge.

*/s/ Rosalind G. Parr*
Rosalind G. Parr, #6270-45
Attorney for Debtor
105 W. 86th Avenue
Merrillville, IN 46410
(219) 756-3316

## CERTIFICATE OF SERVICE

I certify that on August 18, 2009, a true and correct copy of the above document was served upon the U.S. Trustee and the Trustee, Marilyn O'Marshall, 224 South Michigan, Suite 800, Chicago, IL 60604-2500 and upon the affected creditors on the attached matrix by U.S. mail with proper postage affixed.

*/s/ Rosalind G. Parr*
Rosalind G. Parr